UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04529-RGK-AS | Date | December 13, 2024 |
|---|---|---|---|
| Title | *Alec Plotts et al. v. American Honda Motor Co., Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Transfer Order

In accordance with this Court's previous Order, and in consideration of the joint supplemental brief filed by the parties, Plaintiffs' claims are hereby **SEVERED** and **TRANSFERRED** as follows:

1. Marc Caine's claims are severed and transferred to the Eastern District of New York.

2. Leticia Rivera's claims are severed and transferred to the Northern District of Illinois.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | | JRE/sf |